## UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed: April 20, 2021
```

United States District Court
Southern District of New York
-----------------------------------------------------------X

United States of America,

        Plaintiff

   -against-

Christopher Sutton

        Defendant
-----------------------------------------------------------X

**SCHEDULING ORDER**

21-cr-222-

TO ALL PARTIES:

The Court has scheduled an arraignment on indictment.for 4/21/2021 at 10 am before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated: April 20, 2021
       White Plains, New York

                            SO ORDERED:

                            s/      PED
                            _____

                            PAUL E. DAVISON
                            United States Magistrate Judge