UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
United States of America,

                                                    Notice of Adjournment
                                                      of Conference

        -against-

                                                    7:21-CR-00222 (CS)

Christopher Sutton,
                                Defendant(s).
------------------------------------------------------------X

The Status Conference previously scheduled before this Court for **July 28, 2021 at 12:15 p.m.** is adjourned to **August 5, 2021 at 3:15 p.m.** in Courtroom 621 of the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601.

                                                          /s/ Walter Clark, Courtroom Deputy

Dated: July 19, 2021
       White Plains, New York