UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
      United States of America,

                                                         NOTICE RE: CHANGE OF
                                                         TIME OF CONFERENCE

      -against-

                                                         7:21-CR-00222 (CS)


      Christopher Sutton,
                        Defendant(s).
-----------------------------------------------------------X


The Bench Ruling previously scheduled before this Court for **October 27, 2021 at 9:30 a.m.** will be held at **10:00 a.m.** (same date) at the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601 in Courtroom 621.


                                                         /s/ Walter Clark, Courtroom Deputy

Dated:   October 22, 2021
           White Plains, New York